# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01795-GPG

MARCO URIEL RODRIGUEZ HERNANDEZ,

     Petitioner,

v.

JUAN BALTAZAR,
 *in his official capacity as Warden of the ICE Denver Contract Detention Facility*,
GEORGE VALDEZ,
 *in his official capacity as Field Office Director for Denver Field Office of U.S. Immigration and Customs Enforcement,*
TODD LYONS,
 *in his official capacity as Acting Director U.S. Immigration and Customs Enforcement,*
MARKWAYNE MULLIN,
 *in his official capacity as Secretary of Homeland Security*, and
TODD BLANCHE,
 *in his official capacity as Acting Attorney General of the United States*,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 9] entered by United States District Judge Gordon P. Gallagher on May 14, 2026, and supplemented by Status Report [D. 10] by Respondents, it is

ORDERED that the Respondents have complied with the Order [D. 9] and Petitioner was denied bond. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 16th day of July 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:    s/D. Clement

        Deputy Clerk